# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JORGE IZQUIERDO ROQUE,**
**A# 022-797-029,**

    **Petitioner,**

**vs.**　　　　　　　　　　　　　　　　　　**Case No. 4:18cv34-RH/CAS**

**JEFF SESSIONS, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 16, 2018.  ECF No. 1.  Petitioner did not, however, submit a motion requesting leave to proceed in forma pauperis, nor did Petitioner pay the filing fee.  An Order was entered on January 19, 2018, directing Petitioner to do one or the other to proceed with this case.  ECF No. 3.  That Order was returned to this Court as undeliverable.  ECF No. 4.  The stamp on the envelope states "return to sender - not deliverable as addressed - unable to forward." *Id.*

This case cannot continue if mail cannot reach Petitioner.  Since submitting the original petition, ECF No. 1, nothing further has been received from Petitioner.  Consulting the Online Detainee Locator System on the U.S. Immigration and Customs Enforcement website was not beneficial and did not provide any additional information indicating Petitioner is detained elsewhere.  Therefore, this § 2241 petition should be dismissed for failure to prosecute.

This Report and Recommendation will be delivered to the address for Petitioner on the Court's docket.  Should Petitioner receive this Order and desire to continue this case, he must immediately file a motion for reconsideration.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that this § 2241 petition be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on March 16, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.